IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SOMER LASHAY WYANT                                                                               PLAINTIFF

VS.                                          Civil No. 2:14-cv-2072-MEF

CAROLYN W. COLVIN,
Commissioner of Social Security Administration                                          DEFENDANT

## JUDGMENT

For the reasons stated in the Memorandum Opinion of this date, I hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty (60) days from entry of the Judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 1st day of April, 2015.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE